# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DALIA SAHA, M.D., | |
| Plaintiff, | Case No. 23-cv-3188 (JMC) |
| v. | |
| TELADOC HEALTH MEDICAL GROUP, P.A., *et. al*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants Demetrios Themelis, Teladoc Health Medical Group, P.A., and Derek Bennetsen's Motions to Dismiss, ECF 5, 6, 22, are **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: September 30, 2025

1